**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00093-CV**
_____

**GAMAL DANG & ASSOCIATES, Appellant**

**V.**

**JULIANA SHUIT-YING LEE, Appellee**

_____

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 21-32258**

_____

**MEMORANDUM OPINION**

Gamal Dang & Associates, Appellant, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

1

Submitted on April 20, 2022
Opinion Delivered April 21, 2022

Before Golemon, C.J., Horton and Johnson, JJ.